[No. 16078-1-II.   Division Two.   December 20, 1993.]

*In the Matter of the Marriage of* JACQUELINE TERRY, *Appellant, and* JAY D. TERRY, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-3-00734-3, Don L. McCulloch, J., entered

December 12, 1991. *Affirmed* by unpublished opinion per Reed, J. Pro Tem., concurred in by Morgan, J., and Guy, J. Pro Tem.